**Martin MARTINEZ–AGUILAR;
et al., Petitioners,**

v.

**Alberto R. GONZALES, Attorney
General, Respondent.**

No. 06–70843.

United States Court of Appeals,
Ninth Circuit.

Submitted July 17, 2006.*

Decided July 21, 2006.

Bruce C. Wong, Esq., Duxford Law Group, San Francisco, CA, for Petitioners.

Ronald E. Lefevre, Chief Counsel, Office of the District Counsel Department Of Homeland Security, San Francisco, CA, OIL, DOJ–U.S. Department Of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: B. FLETCHER, HAWKINS and THOMAS, Circuit Judges.

MEMORANDUM **

Respondent's unopposed motion for summary disposition is granted because the questions raised by this petition for review are so insubstantial as not to require further argument. *See* 8 C.F.R. § 1003.2(c)(2) (establishing time and numerical limits for motions to reopen); *United States v. Hooton,* 693 F.2d 857, 858

(9th Cir.1982) (per curiam) (stating standard). Accordingly, this petition for review is denied.

**PETITION FOR REVIEW DENIED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

